

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Carl Edward Duhamel,            * From the 104th District
                                          Court of Taylor County,
                                          Trial Court No. 18774B.

Vs. No. 11-14-00304-CR          * September 17, 2015

The State of Texas,               * Per Curiam Memorandum Opinion
                                          (Panel consists of: Wright, C.J.,
                                          Willson, J., and Bailey, J.)

This court has considered Carl Edward Duhamel's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.